**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: adam.ford@fordcranelaw.com
       matthew.crane@fordcranelaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>　　　　　Plaintiff,<br>vs.<br><br>OREM BLUELIGHT L.L.C., a Utah Limited Liability, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>　　　　　Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-CV-10<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff Carolyn Ford and Defendant Orem Bluelight L.L.C., (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice. The Parties have resolved their dispute and agree that this matter should be dismissed with prejudice. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

1

STIPULATED the 16th day of October, 2017.

                                  FORD & CRANE PLLC


                                  /s/ Matthew B. Crane
                                  Adam D. Ford
                                  Matthew B. Crane
                                  *Attorneys for Plaintiff*


STIPULATED the 16th day of October, 2017

                                  MCKAY BURTON & THURMAN PC


                                  /s/ Nickolas S. Rice
                                  Nickolas S. Rice
                                  *Attorney for Defendant*
                                  (Signed with Permission)

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 16th day of October, 2017, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane